## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-00204-JDL |
| | ) |
| LIBERTY BELL MOVING & STORAGE, INC.; | ) |
| and KEVIN FINKENAUR, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff the State of Maine (the "State") and Defendants Liberty Bell Moving & Storage, Inc. and Kevin Finkenaur (collectively, "Liberty Bell") (the State and Liberty Bell, collectively, the "Parties"), through their respective undersigned counsel, hereby jointly move for entry of a Consent Judgment in this matter. The bases of this Motion are as follows:

1. The Parties have reached a resolution of this matter that fully and finally resolves all claims and have executed the Consent Judgment attached hereto as Exhibit A.

2. The Parties' resolution contemplates the Court's entry of the Consent Judgment.

3. The Parties therefore respectfully request that the Court enter the Consent Judgment as full and final resolution of this matter and stay any pending deadlines until the same is accomplished.

WHEREFORE, Plaintiff the State of Maine and Defendants Liberty Bell Moving & Storage, Inc. and Kevin Finkenaur respectfully request that the Court execute the Consent Judgment attached as Exhibit A and enter it on the docket.

|  |  |
|---|---|
| Dated: January 18, 2023 | */s/ Michael Devine* <br> Michael Devine <br> Laura Lee Barry Womack <br> Assistant Attorneys General <br> 6 State House Station <br> Augusta, ME 04333 <br> (207) 626-8800 <br> michael.devine@maine.gov <br> lauralee.barrywomack@maine.gov <br><br> Attorneys for Plaintiff the State of Maine <br><br> */s/ Zachary Brandwein* <br> Eben M. Albert <br> Zachary B. Brandwein <br> BERNSTEIN SHUR <br> 100 Middle Street <br> P.O. Box 9729 <br> Portland, Maine 04104-5029 <br> (207) 774-1200 <br> ealbert@bernsteinshur.com <br> zbrandwein@bernsteinshur.com <br><br> Attorneys for Defendants Liberty Bell Moving & Storage, Inc. and Kevin Finkenaur |

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I filed the foregoing Joint Motion for Entry of Consent Judgment with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record in this matter.

Dated: January 18, 2023                                                            /s/ Zachary B. Brandwein
                                                                                            Zachary B. Brandwein